David M. HATTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41445.

Missouri Court of Appeals,
Western District.

Aug. 22, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 3, 1989.

T.D. Pawley, IV, Jefferson City, for ap-
pellant.

William L. Webster, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before GAITAN, J., Presiding, and
MANFORD and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after evidentiary hearing. Affirmed. Rule 84.16(b).